**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 08-6057**

─────────────

JOHNNIE LEE JUSTICE,

             Petitioner - Appellant,

      v.

COMMONWEALTH OF VIRGINIA,

             Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:07-cv-01090-LMB-TRJ)

─────────────

Submitted:  April 24, 2008          Decided:  April 29, 2008

─────────────

Before KING and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Johnnie Lee Justice, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnnie Lee Justice seeks to appeal the district court's order construing his petition filed under 28 U.S.C. § 2241 (2000), as a successive petition for a writ of habeas corpus under 28 U.S.C. § 2254 (2000), and dismissing it on that basis. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. See 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable. See Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001). We have independently reviewed the record and conclude that Justice has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -